UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

       -against-                                          :

                                                                 :

PEDRO ESPADA, J.R. and PEDRO GAUTIER    :
ESPADA,                                                      :

                Defendants.    :

                                                                 :

------------------------------------------------------------x

*Reassigned to:*

**BLOCK, J**

**ORDER**

10-CR-985 (ENV)(LB)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK
2010 DEC 14  AM 8: 47
CLERK

**VITALIANO, D.J.**

    I am recused.

      **SO ORDERED.**

Dated: Brooklyn, New York
December 14, 2010

                  s/ Judge Eric N. Vitaliano

                  ERIC N. VITALIANO
                  United States District Judge